UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK MEROLLA,

      Plaintiff,

Case No. 12-cv-13467

HONORABLE STEPHEN J. MURPHY, III

v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

      Defendants.

                                     /

**ORDER ADOPTING REPORT AND RECOMMENDATION** (docket no. 14)
**AND GRANTING DEFENDANTS' MOTION TO DISMISS** (docket no. 4)

      This matter is before the Court upon Defendants' motion to dismiss (docket no. 4). The Court referred the motion to a magistrate judge who issued a report and recommendation recommending that the Court grant the motion and dismiss Plaintiff's complaint with prejudice.

      Copies of the report were served upon the parties on January 2, 2013. Pursuant to Civil Rule 72(b)(2), each party had fourteen days from that date in which to file any specific written objections to the recommended disposition. Neither party has filed any objections, and therefore, de novo review of the magistrate judge's findings is not required. *See* Fed. R. Civ. P. 72(b)(3) (requiring de novo review by a district judge only for "any part of the magistrate judge's disposition that has been properly objected to").

      Having reviewed the file and the report and recommendation, the Court finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the findings and conclusions contained in the report, and will enter an appropriate judgment.

**WHEREFORE** it is hereby **ORDERED** that the report and recommendation (docket no. 14) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (docket no. 4) is **GRANTED**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: January 30, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 30, 2013, by electronic and/or ordinary mail.

Carol Cohron
Case Manager
